Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CRIMINAL DOCKET FOR CASE #: 7:23-mj-00018-1

| | |
|---|---|
| Case title: USA v. Valdez | Date Filed: 01/05/2023 |
| Other court case number: 2:17-cr-20639-TGM-MKM Eastern District of Michigan, Detroit Division | Date Terminated: 01/06/2023 |

Assigned to: Magistrate Judge Juan F Alanis

**Defendant (1)**

**Ruben Valdez, Jr.**
*TERMINATED: 01/06/2023*

represented by **Federal Public Defender - McAllen**
1701 W Hwy 83
Ste 405
McAllen, TX 78501-5159
956-630-2995
Email: mca_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Joe G Jacinto**
Federal Public Defender
1701 W. Bus. Hwy. 83, Ste. 405
McAllen, TX 78501
956-630-2995
Fax: 956-631-8647
Email: joe_jacinto@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 21:841A=CD.F | |

## Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2023 | 1 | Rule 5(c)(3) Documents Received from Eastern District of Michigan, Detroit Division as to Ruben Valdez, Jr Initial Appearance - Rule 40 set for 1/6/2023 at 09:00 AM before Magistrate Judge Juan F Alanis, filed.(cvillegas, 7) (Additional attachment(s) added on 1/6/2023: # 1 Arrest Warrant) (cvillegas, 7). (Main Document 1 replaced on 1/6/2023) (cvillegas, 7). (Entered: 01/06/2023) |
| 01/05/2023 | | Arrest (Rule 40) of Ruben Valdez, Jr, filed. (cvillegas, 7) (Entered: 01/06/2023) |
| 01/06/2023 | | Minute Entry for proceedings held before Magistrate Judge Juan F Alanis: INITIAL APPEARANCE on Rule 40 as to Ruben Valdez, Jr held on 1/6/2023. (Deft informed of rights.) Defendant requests appointed counsel. Deft examined as to Financial Affidavit. Court grants. Deft, through counsel, waived Identity, Preliminary Examination, and Detention Hearing. Deft to be transported to the Eastern District of Michigan for further proceedings. Appearances: Alexa Parcell, AUSA; Joe Jacinto, AFPD. (PTS: Daniel Mata Canchola) (ERO: Ricardo Rodriguez) (Interpreter: Nathan Rhodes and Cristina Helmerichs/not used) (DUSM: Jonathan Buban) Deft remanded to custody. (NelidaCampos, 7) (Entered: 01/06/2023) |
| 01/06/2023 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Ruben Valdez, Jr (Signed by Magistrate Judge Juan F Alanis) Parties notified. (NelidaCampos, 7) (Entered: 01/06/2023) |
| 01/06/2023 | 3 | ORDER OF DETENTION as to Ruben Valdez, Jr ( Signed by Magistrate Judge Juan F Alanis) Parties notified. (cvillegas, 7) (Entered: 01/06/2023) |
| 01/06/2023 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Ruben Valdez, Jr. Defendant committed to the Eastern District of Michigan ( Signed by Magistrate Judge Juan F Alanis) Parties notified. (cvillegas, 7) (Entered: 01/06/2023) |
| 01/06/2023 | | NOTICE OF ATTORNEY APPEARANCE Joe G Jacinto, Federal Public Defender, in case as to Ruben Valdez, Jr, filed.(Jacinto, Joe) (Entered: 01/06/2023) |
| 01/06/2023 | 5 | Rule 32.1(a)(5)(B) Documents Sent to Eastern District of Michigan, Detroit Division as to Ruben Valdez, Jr, filed.(NelidaCampos, 7) (Entered: 01/06/2023) |
| 01/06/2023 | 6 | Sealed Financial Affidavit CJA 23 by Ruben Valdez, Jr, filed. (Entered: 01/06/2023) |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 7:23–mj–00018 |
| § | |
| Ruben Valdez, Jr § | |

## ORDER APPOINTING COUNSEL

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

If appointment is made by a Magistrate and the case subsequently proceeds to United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Signed on January 6, 2023, in McAllen, Texas.

_____
Juan F. Alanis
United States Magistrate Judge

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 7:23-mj-00018-01 |
| | § | |
| RUBEN VALDEZ, JR. | § | |

## ORDER OF DETENTION

### I. Court Proceedings

On January 6, 2023, the Court held identity, preliminary, and detention hearings due to Defendant's arrest on warrant issued on a Petition for Action on Condition of Pretrial Release ("Petition") in Case No. 2:17-cr-20639-TGB-MKM, out of Eastern District of Michigan. At the hearing and after being advised of rights, Defendant announced in open court and under oath, after consultation with Counsel, that he wished to waive each hearing.

The Court thus finds that Defendant voluntarily waives right to each hearing after consultation with Counsel. Court also finds that the Defendant is the same individual as set forth in Petition and there is sufficient probable cause to believe that violations occurred as alleged in said Petition. Court finds that no condition or combination of conditions can be set to assure Defendant's appearance in this matter due to him absconding from pretrial release since December 2021 as outlined within the Petition.[1]

---

[1] The undersigned notes that based on review of Petition it appears that bond has been cancelled with the issuance of the warrant for Defendant's arrest and there may not have been a need for a detention hearing. *See also* 18 U.S.C. § 3148(b). Nonetheless, based on announcement of counsel, wavier of detention hearing was accepted.

1

## II. Order of Detention & Directions Regarding Detention

The Defendant is to be detained as ordered by District Court and transported to the prosecuting district pursuant to Commitment to Another District issued in this matter.

<u>Directions Regarding Detention:</u> Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for a private consultation with defense counsel. On order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** on the 6th day of January, 2023 at McAllen, Texas.

_____
Juan F. Alanis
United States Magistrate Judge

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| v. | ) |
| | ) Case No. 7:23-mj-00018-1 |
| | ) |
| Ruben Valdez, Jr. | ) Charging District's |
| *Defendant* | ) Case No. 2:17-cr-20639-TGM-MKM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___Michigan___,

*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 01/06/2023

*Judge's signature*

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*